UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OFFICE CREATE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>1st PLAYABLE PRODUCTIONS, LLC,<br><br>and<br><br>EMILIE T. ("TOBI") SAULNIER,<br><br>Defendants. | **DECLARATION OF<br>NORIYASU TOGAKUSHI**<br><br>Case No. 1:23-cv-00091 (TJM/DJS) |

I, Noriyasu Togakushi, declare as follows:

1.      I have personal knowledge of the facts set forth herein and, if called and sworn as a witness, would be competent to testify thereto.

2.      I am the President and Representative Director of Plaintiff Office Create Corporation ("**OC**").

3.      OC is the owner of the entire right, title and interest in U.S. Trademark Registration No. 3773652 for the word mark "Cooking Mama," which was first used in commerce in 2006 and registered in the United States in 2010.

4.      OC has never licensed the Cooking Mama trademark (nor any other Cooking Mama rights) to either 1st Playable Productions LLC ("**1st Playable**") or Ms. Saulnier.

5.      OC and Planet Entertainment LLC ("**Planet**") entered into a Licensing Agreement in 2018. OC and Planet agreed that Four Winds, Inc. and its representative, Toshio Fujioka, would act "as an exclusive agent in order to proceed smoothly of this project." Mr.

1

Fujioka acted as an intermediary to assist with translation of Japanese into English and English into Japanese.

6. Planet submitted the game builds, which had been developed by 1st Playable and Ms. Saulnier, to OC for review and approval as required under the Licensing Agreement.

7. On December 25, 2019, I wrote to Steve Grossman ("**Grossman**"), Planet, and Ms. Saulnier to inform them that OC could not approve the current Cooking Mama: Cookstar game build. OC continued to send feedback concerning the rejected Cooking Mama: Cookstar game build.

8. OC was unaware of and did not approve of any submission of Cooking Mama: Cookstar to Nintendo of America ("**NOA**").

9. On March 16, 2020, Mr Fujioka forwarded a letter that I wrote to Grossman, Planet, 1st Playable and Ms. Saulnier, in which I provided the reasons why OC could not approve the current Cooking Mama: Cookstar game build.

10. On March 26, 2020, the Switch version of Cooking Mama: Cookstar was released on the Nintendo eShop without OC's knowledge or approval. That same day, Nintendo removed the Cooking Mama: Cookstar game from the Nintendo eShop.

11. On 30 March 2020, OC provided notice to Planet of the immediate termination of the Licensing Agreement.

12. On April 15, 2020, OC issued the following press release:

> Re: Unauthorized Release of Cooking Mama: Cookstar by Planet Entertainment, LLC
>
> We would like to thank our fans and customers for their support over the years for the Cooking Mama franchise. As many of you know, Planet Entertainment LLC (Headquarters: Connecticut, USA; "Planet") recently released "Cooking Mama: Cookstar" for sale in the U.S., Europe and Australia. This was an unauthorized release in breach of Planet's contract with Office Create.

2

In August 2018, Office Create licensed Planet to develop the Cooking Mama: Cookstar game for Nintendo Switch™. Unfortunately, the quality of the game builds failed to meet the standards that our customers expect and deserve. Office Create rejected a wide range of deficiencies affecting the overall feel, quality and content of the game. Yet, despite being contractually obligated to correct the identified deficiencies and resubmit the corrected game for Office Create's approval, Planet proceeded to release Cooking Mama: Cookstar without addressing all of the rejections and without Office Create's approval.

We have also learned that Planet and/or its European distributor has been promoting an upcoming European release of a PS4™ version of Cooking Mama: Cookstar. Office Create has not licensed Planet (or any other entity) to create any Cooking Mama games for PS4™. Office Create itself has not been involved in the development of any PS4™ Cooking Mama game.

On March 30, 2020 Office Create notified Planet of its immediate termination of the license due to Planet's intentional material breach of the license contract. Despite such notice, Planet continues to advertise and sell the unauthorized version of Cooking Mama: Cookstar on its website in willful violation of Office Create's rights. To date, Planet has not confirmed the status of the unauthorized PS4™ version.

Office Create is evaluating all legal action against Planet to protect our customers, intellectual property rights and the Cooking Mama series. In the meantime, we thank our customers and loyal Cooking Mama fans for their continued support and sincerely regret any confusion and disappointment that has been caused by Planet's conduct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 5, 2024 in YokoHAMA , Japan.

N. Togakushi

Noriyasu Togakushi

3