# Exhibit A

**Lot Check**

22 messages

**Joe McHale** <joemchale@epartners.co>                     Mon, Jan 6, 2020 at 10:17 AM
To: Tobi Saulnier <tobi@1stplayable.com>

Hi Tobi,

I have 12 more vegetarian recipes to finish today but was able to get through all of standard mode yesterday so looks like no blockers and we should be able to submit to Lot Check today.

Steve asked if we could add this text to the Main Menu page:
"Trademarks are the properties of their respective owners"

I just entered it as a bug so could you make sure that we include with the submission build? Maybe we can squeeze it between cooking mama limited and press any button? If not small print to theleft or right.

Thanks,

**Joe McHale**

Senior Producer | **PLANET ENTERTAINMENT**

**Skype ID:** joemchale34
**Email:** joemchale@planetent.co
**Email:** joemchale@epartners.co

www.planetent.co

**Tobi Saulnier** <tobi@1stplayable.com>                     Mon, Jan 6, 2020 at 10:42 AM
To: Joe McHale <joemchale@epartners.co>

Hi Joe,

Sounds good.

We should discuss what if anything else in the current list of "High priority" bugs are worth addressing before submitting (people are working on them but we have branched the lot check build so that we have to manually merge things over that are wanted. One that definitely seemed important is that Coating for Fried Chicken seemed nearly impossible to 3-star in challenge mode. I am free anytime - just give me a call.

Tobi

Tobi
[Quoted text hidden]

**Joe McHale** <joemchale@epartners.co>                     Mon, Jan 6, 2020 at 10:44 AM
To: Tobi Saulnier <tobi@1stplayable.com>

Hi Tobi,

I'll call you now.

Thanks,

Joe McHale

**From:** Tobi Saulnier <tobi@1stplayable.com>
**Sent:** Monday, January 6, 2020 10:42 AM
**To:** Joe McHale <joemchale@epartners.co>
**Subject:** Re: Lot Check

[Quoted text hidden]

**Tobi Saulnier** <tobi@1stplayable.com>                                      Mon, Jan 6, 2020 at 1:59 PM
To: Joe McHale <joemchale@epartners.co>

We have our final build building with one last change to fix the popup passing along a button press.

Tobi
[Quoted text hidden]

**Joe McHale** <joemchale@epartners.co>                                       Mon, Jan 6, 2020 at 2:02 PM
To: Tobi Saulnier <tobi@1stplayable.com>

Hi Tobi,

Ok, I recently added a bug about a missing string in Poke Bowl that will cause us to fail Lot Check.
**Bug 119752** - Poke Bowl (veggie recipe) has missing string text for veggie masago (edit)
I'll use the cheats build to go through plate it snap it really quick to make sure there are no other missing strings.
Will need those addressed in the submission build.
I'll confirm ASAP.

Thanks,

Joe McHale

**From:** Tobi Saulnier <tobi@1stplayable.com>
**Sent:** Monday, January 6, 2020 1:59 PM
[Quoted text hidden]

[Quoted text hidden]

**Joe McHale** <joemchale@epartners.co>                                       Mon, Jan 6, 2020 at 2:34 PM
To: Tobi Saulnier <tobi@1stplayable.com>

Hi Tobi,

Just verified plate it and snap it has not other missing strings.
I didn't see any during normal gameplay so hopefully the issue with veggie Poke Bowl is the only issue.

Thanks,

Joe McHale

**From:** Tobi Saulnier <tobi@1stplayable.com>
**Sent:** Monday, January 6, 2020 1:59 PM
[Quoted text hidden]

[Quoted text hidden]

---

**Tobi Saulnier** <tobi@1stplayable.com>                                                    Mon, Jan 6, 2020 at 2:44 PM
To: Joe McHale <joemchale@epartners.co>

We have figured out we have the string but it was referencing the wrong name for it. So are running that fix now.
[Quoted text hidden]

---

**Tobi Saulnier** <tobi@1stplayable.com>                                                    Mon, Jan 6, 2020 at 3:00 PM
To: Joe McHale <joemchale@epartners.co>

Will have the build ready to send in about 30 min.

Tobi
[Quoted text hidden]

---

**Joe McHale** <joemchale@epartners.co>                                                    Mon, Jan 6, 2020 at 3:08 PM
To: Tobi Saulnier <tobi@1stplayable.com>

Hi Tobi,

Ok, I'll upload the ROM to NOA as soon as I have it in hand.

Thanks,

Joe McHale


**From:** Tobi Saulnier <tobi@1stplayable.com>
**Sent:** Monday, January 6, 2020 3:00 PM
[Quoted text hidden]

[Quoted text hidden]

---

**Tobi Saulnier** <tobi@1stplayable.com>                                                    Mon, Jan 6, 2020 at 3:42 PM
To: Joe McHale <joemchale@epartners.co>

Here it is!
https://drive.google.com/open?id=1CLAgo5tx-7jZYBRf0RyGFrCNoZ7ugQz9
The save file is in the same folder.

Tobi
[Quoted text hidden]

---

**Joe McHale** <joemchale@epartners.co>                                                    Mon, Jan 6, 2020 at 4:10 PM
To: Tobi Saulnier <tobi@1stplayble.com>

Hi Tobi,

I uploaded everything to Lot Check and it looks like I made the 4pm cut off. Got an error on the dev portal page that I missed the cutoff but I r

==eceived an email from NOA stating the submission was received. Fingers crossed.==

When will you sent the Euro version? Tonight or tomorrow? Just let me know so I can update the submission day/time.

Thanks Tobi,

Joe McHale

**From:** Tobi Saulnier <tobi@1stplayable.com>
**Sent:** Monday, January 6, 2020 3:42 PM
[Quoted text hidden]

[Quoted text hidden]

**Tobi Saulnier** <tobi@1stplayable.com>                        ==Mon, Jan 6, 2020 at 4:13 PM==
To: Joe McHale <joemchale@epartners.co>

==Great!==

We are running the NoE build now as we kept it offline to have the fastest response on NoA today. We will either have it in an hour, or it might be 3-4 hours depending how unhappy it was with us turning it off ;)  It shares the same code repo but turns on different languages and uses the NoE app ID.

Tobi
[Quoted text hidden]

**Joe McHale** <joemchale@epartners.co>                        Mon, Jan 6, 2020 at 4:20 PM
To: Tobi Saulnier <tobi@1stplayable.com>

Hi Tobi,

Ok, I'll set the NoE submission time for 9am tomorrow morning but will submit it as soon as it is ready.
If any issues let me know and I can push the time back tomorrow to later in the day.

Thanks again Tobi and please thank the team. They did it!

Joe McHale

**From:** Tobi Saulnier <tobi@1stplayable.com>
**Sent:** Monday, January 6, 2020 4:13 PM
[Quoted text hidden]

[Quoted text hidden]

**Tobi Saulnier** <tobi@1stplayable.com>                        Mon, Jan 6, 2020 at 5:30 PM
To: Joe McHale <joemchale@epartners.co>

We have an initial NoE candidate here:
https://drive.google.com/open?id=1ddUGKAejrD5yS8asUqK3NYOxl7hBwjmC

The only issue is it has art fixes that we did not merge into the NoA version:
- the Fried zucchini looks more coated in coating
- the yolk on the egg during scooping game is no longer swirled, to be like the other steps and mobile

- the cinnamon roll rolls up puffier

So we are doing one that is the twin of the NoA version, and I am linking you this one in case you want to look it over, make sure it looks right etc.

Tobi

[Quoted text hidden]

---

**Joe McHale** <joemchale@epartners.co>                                                    Mon, Jan 6, 2020 at 5:36 PM
To: Tobi Saulnier <tobi@1stplayable.com>

Hi Tobi,

Ok, I just noticed the breaded zucchini issue in the submission build. I'd say cancel the US sub but we can address that issue in the patch.

I was just trying to get to veggie Poke Bowl to verify the message string and then will look at the Euro version in a few.
I'll upload the NoE ROM now to make sure no release errors too.

Thanks,

Joe McHale


**From:** Tobi Saulnier <tobi@1stplayable.com>
**Sent:** Monday, January 6, 2020 5:30 PM
[Quoted text hidden]

[Quoted text hidden]

---

**Tobi Saulnier** <tobi@1stplayable.com>                                                    Mon, Jan 6, 2020 at 5:49 PM
To: Joe McHale <joemchale@epartners.co>

Yeah, I want all those updates but like you were saying there will be a patch.

I had put a cheats version up of NoA so you could more easily skip around as needed.

Tobi
[Quoted text hidden]

---

**Tobi Saulnier** <tobi@1stplayable.com>                                                    <mark>Mon, Jan 6, 2020 at 10:32 PM</mark>
To: Joe McHale <joemchale@epartners.co>

<mark>And here is the NoE version, minus the extra art updates:</mark>
<mark>https://drive.google.com/open?id=1dBIC0hLVmcwEpczTOFIzmTukIMvUKYRA</mark>

Tobi
[Quoted text hidden]

---

**Joe McHale** <joemchale@epartners.co>                                                    Tue, Jan 7, 2020 at 7:42 AM
To: Tobi Saulnier <tobi@1stplayable.com>

Hi Tobi,

<mark>Got it. Submitting now.</mark>

Thanks,

Joe McHale

**From:** Tobi Saulnier <tobi@1stplayable.com>
**Sent:** Monday, January 6, 2020 10:32 PM
[Quoted text hidden]

[Quoted text hidden]

**Joe McHale** <joemchale@epartners.co>                    Tue, Jan 7, 2020 at 7:54 AM
To: Tobi Saulnier <tobi@1stplayable.com>

Hi Tobi,

Can I use the NOA save file for this submission?

Thanks,

Joe McHale

**From:** Tobi Saulnier <tobi@1stplayable.com>
**Sent:** Monday, January 6, 2020 10:32 PM
[Quoted text hidden]

[Quoted text hidden]

**Tobi Saulnier** <tobi@1stplayable.com>                    Tue, Jan 7, 2020 at 8:31 AM
To: Joe McHale <joemchale@epartners.co>

The NoE one is posted in the same folder, here:
https://drive.google.com/open?id=1idX52jRInhVjBv7kR64509BKfDf8v30I

I did also upload the NoA version with the same art commits, but not really worth disturbing everything for that given that we are going to
patch ...

Tobi
[Quoted text hidden]

**Tobi Saulnier** <tobi@1stplayable.com>                    Tue, Jan 7, 2020 at 8:32 AM
To: Joe McHale <joemchale@epartners.co>

This is the link to the folder in case it helps:
https://drive.google.com/drive/folders/1urA-u-giGV5NDqKgbmDlYHMSJlOetzp9
[Quoted text hidden]

**Joe McHale** <joemchale@epartners.co>                    Tue, Jan 7, 2020 at 8:33 AM
To: Tobi Saulnier <tobi@1stplayable.com>

Hi Tobi,

Got it. Submitting now.

Thanks,

Joe McHale


**From:** Tobi Saulnier <tobi@1stplayable.com>
**Sent:** Tuesday, January 7, 2020 8:32 AM
[Quoted text hidden]

[Quoted text hidden]