# **Exhibit C**

**Regarding Cooking Mama Switch**

3 messages

**Momoko Hayashi** <momoko@1stplayable.com>                                    Wed, Dec 25, 2019 at 9:38 AM
To: Steve Grossman <steve@epartners.co>, Joe McHale <joemchale@epartners.co>, Tobi Saulnier <tobi@1stplayable.com>
Cc: Toshio Fujioka <fuji@fws.co.jp>, matui@ofcr.co.jp

<mark>Hi Steve, Joe, and Tobi,</mark>

<mark>Below is the translation for the comments from Office Create from this morning.</mark>
Please let me know if you have any questions.

Thank you,
Momo

<mark>Dear Steve, Joe, and Tobi,</mark>
Nagashima reviewed the build you sent us on the 21st. Please review our comments below.
We noted our honest comments on the recent build below since Joe requested an opinion from Nagashima who created the original Cooking Mama. In conclusion, <mark>we can't approve the current build as cooking mama.</mark>

Office Create Togakushi

Nagashima's comments:
The current build has the mama, the mascot character in the game, but the content itself isn't cooking mama.
Because of the following reasons:

- Overall how the game is made is sloppy and lacks elaboration
- The recipe steps in the current build consist of simple 'tasks' and not minigames
- The graphics of Finished food and ingredients don't look delicious, though it is a cooking game
- Every minigame makes the player do tasks in order and doesn't make you feel excited about proceeding with the game
- The same minigames and simple tasks appear multiple times in the game. It disappoints players as they unlock new recipes and yet play the same minigame again in and causes and increases the degree of stress on the player.
- Because a lot of the minigames are task-based and there aren't a lot of them, the players don't get the cooking-like experience and excitement out from playing the game.
- The last step, plate and snap it is unnecessary. We'd expect you to focus more and work harder on the food part of the game rather than focusing on the non-food portion of the game.

I don't understand why Joe thought I'd approve the game with this content. I'd be disappointed if Joe actually believes that the current build is a great cooking mama game. Throughout the years, we've made cooking mama with lots of care, exploring how we can make the player happy, how we can make the players surprised, and imagining the moment where players pick up the game package from the store.
After playing the build, I didn't get those particular care from the makers. It just feels like a cooking mama-like game that follows Cooking mama's convention and connects minigames one and another. After the first cooking mama was released, there have been a lot of cooking games that just connect minigames together, but none of them were successful. It was because they studied only the surface of our game and just made their game appear like our game. There's no deep commitment or the true spirit of the makers in the game. Please make the game with more care. We've been protecting this game for more than ten years.

--
Momoko Hayashi
Designer | 1st Playable Production |
momoko@1stplayable.com | 585-355-2910

CONFIDENTIAL                                                                                    1stPlayable1805