# Exhibit E

3/17/2020

Dear Steve,

We have reviewed 50 recipes so far, but as of now, we will not be able to give permission to launch the game unless all items we noted in the feedback sheets are going to be improved and updated. I've collected how we see the current situation and the reasons why we cannot approve of the current build below as a letter.

・"A cooking-themed game"

Cooking is the main theme of Cooking Mama. Therefore people developing the game would have to study food, cooking methods and recipes extensively. There are many ways to cook a recipe, but please choose a universally-known cooking process so players can easily associate the featured recipe with real-life cooking. Also please always keep in mind to best present the food and the dish that looks most appetizing. There are many scenes in the Switch version that features less known or less intuitive cooking methods.

・"The graphics of food transformation"

By visualizing the food transformation in the cooking process, players will be able to gain a realistic virtual cooking experience through seeing how foods transform as a result of their act of cooking. Please use every opportunity to provide that sensation of cooking to players by taking advantage of the graphics of how food transforms. The current Switch version lacks the visual expression of food transformation as a result of cooking.

・"How ingredients carry over from one step to another up to the completion"

Please keep the visual continuity of how the food transforms and appears as a result of cooking in one step to the next step and after until the completion of all cooking steps. It is an important element to visually tie each cooking minigame together under one recipe. The current Switch version doesn't carry consistent appearances across the cooking steps in a recipe.

・"Playability"

We've launched Cooking Mama with hopes that players are going to play the cooking game over and over.To have players come back to the same game, it has to be re-playable. Players

CONFIDENTIAL                                                                1stPlayable896

will be more likely to come back and replay the minigame again if it allows payers to actively engage. Players will be less likely to come back and replay the minigame if it is a  simulational passive task. The current Switch version has many minigames that only involve monotonous controls and minigame rules, which players will be unlikely to actively come back to.

・"Repetitiveness due to recurring minigames"

The minigames have to be tweaked and adjusted to avoid making players tired of the reappearing minigames. Please tweak and adjust the same minigame mechanics in different recipes to avoid the repetition. The current Switch version has a lot of reappearing minigames and feels repetitive. You don't necessarily have to create a new minigame from scratch. Depending on the idea, you can add a variation to minigames with a small number of adjustments.

・"The motion control"

Motion control provides the physical sensation to players. Therefore, whether suited controls are used for a cooking process makes differences in the realistic sensation (physical sensation of actually doing it) players get from playing the game. Especially, motion control is a unique feature of Nintendo Switch. The current Switch version still has room for improving the implementation of proper controls to provide a realistic cooking experience to players.

・"Value of the Switch version as a game"

The latest Cooking Mama game in the market is the mobile version, which is available to players as a freemium game. Thus, the Switch version has to exceed the quality, sensation, and enjoyment of the mobile version. The Switch version will have to satisfy players who will play the game as an exchange of money. Also please use the Wii version, which is a product from more than 10 years ago, as reference material only to check how the motion control was used. The current Switch version does not give an impression that it was made with a well-thought-out plan and careful attention and has not yet reached the level of the mobile version.

・"Spirit of Cooking Mama brand and originality"

CONFIDENTIAL                                                                                     1stPlayable897

As you develop Cooking Mama, looking at Cooking Mama at a superficial level is not enough. It requires an excessive study on how the game has evolved to this day in the history of Cooking Mama. If you look at the surface, it is merely a game that puts cooking minigames together. But if you pay attention to how the game has evolved, you would be able to understand the elements of our determination, care, and originality from the games. Such attention to detail is what keeps us alive in the market for 10+ years and what makes Cooking Mama different from other cooking games.  We cannot acknowledge the determination of the developer through playing the current Switch version because of the reasons above such as repetition and controls.

・"Consistency of the graphic style and the controls"
Please keep the consistency of the graphics and the controls. The colors and designs of control hint and successful/unsuccessful state on meters, the action takes place on the screen as a result of the control, and the graphic style and quality of the food and dish feels random and inconsistent. We have made a lot of notes regarding the consistency issues when we reviewed the game per recipe. We believe that this can only happen when the people who manage the project are not functioning properly.

・"Overreaction"
Please emphasize the failing animation so that it is a little too much. We are excited to see what you're going to come up with because we believe that American media culture is more perceptive towards bold expression than Japanese culture.

We have explained what is noted above many times with some example cases through meetings and reviews from the beginning. When we visited the office in the United States in August, we explained our development process and experiences to you and the production team. Our policy and what is important to Cooking Mama has always been consistent. What we noted in the feedback sheets to improve and update mostly are based on the points listed above.

Before we flew to the United States in November last year, we expressed our concerns about the critical situation regarding the quality of the game and the progression of the project up to

the time we flew in and what needed to be done to move forward. However, we were told by Joe that "We would hate to waste time on meetings with the team by having you stay for two weeks. I understand Cooking Mama and it would be more efficient if I send you back and stay here for two weeks and give instructions to the team." Then we flew back just in one day. We had believed his words and looked forward to seeing the improved build. Unfortunately, the builds we have reviewed since then have stagnated at the same level of quality without reflecting what we requested to improve and update and what is highly essential to Cooking Mama. As a result, we still play and review the build to express what's needed to be improved and updated to Joe.

Also, our review process has been one-way and we have never received any questions on our feedback and comments. Only a new build would be uploaded without any description other than an instruction to review the build. We would take more caution on communication to better understand and to stay on the same page as the business partner to make sure the product value is at the level as expected if we were in a situation to take care of an important product from a business partner.

If Joes' comment "I understand everything I need about Cooking Mama" is true, then we should not be finding this much of places to improve and update when we review the build. Doesn't it highlight the fact that Joe's role is not functioning properly?

Of course, our goal has always been the same as yours to "release the best Cooking Mama game on the Switch" and we commit to the goal. If the Switch version is released at the current level of quality, the brand image we've established for many years is going to be destroyed. Establishing, maintaining, and improving the brand image in the market is not an easy thing to do. However, brand image can easily be destroyed. It only takes releasing one low-quality product. History can witness that with a lot of cases of low-quality products and the end of companies who own those products. Once the brand image falls down, it creates severe damages to the brand's products in the market and products will be released in the future. It takes a lot of cost and effort to regain its reputation.  We always keep that in our mind and work hard to maintain and to improve the brand image. This is the reason why the Cooking Mama

brand has been in the market for many years. We believe that this is shared at the base of our collaboration to develop and launch the Switch version of Cooking Mama.

When we saw you last year, you said "the development team is passionate about developing Cooking Mama Switch that is going to make both of us smile and happy" and you wrote us emails saying that "the Cooking Mama Switch version is going to be the best Cooking Mama." Your such promising words made a strong impression on us and we really appreciate your words. It is what supports us committed and stays hopeful.

Though Office Create is such a small company in Japan, Cooking Mama is our lifeline and what we are proud of. I believe that you kindly understand that and hope you understand that we will not be able to approve Cooking Mama Switch until all the places are improved and updated. Our number one hope is that the Cooking Mama Switch version is going to make players, you and us happy.

Noriyasu Togakushi
Office Create

P.S.
We sent a letter to Joe on March 4th, but have not heard back from him yet. Please check if you received the email.
Also, these websites below contain information related to the launch of Cooking Mama Switch. Please verify whether it is leaked information from the EU retailer on February 19t or you officially released this announcement recently.
https://cookingmama.fandom.com/wiki/Cooking_Mama:_Cookstar
https://nintendowire.com/news/2020/03/05/cooking-mama-cookstar-is-ready-to-serve-on-march-31st/
https://www.jbhifi.com.au/products/nintendo-switch-cooking-mama-cookstar
https://www.amazon.de/Ravenscourt-Koch-Mama-Nintendo-Switch/dp/B07WDDMBW1
https://www.amazon.fr/Koch-Films-GmbH-Cooking-Mama/dp/B07WZHKCF9/ref=sr_1_1?__mk_fr_FR=%C3%85M%C3%85%C5%BD%C3%95%C3%91&keywords=cooking+mama+cookstar&qid=1584354539&sr=8-1

CONFIDENTIAL                                                                                     1stPlayable900